UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN JERMAINE JACKSON,

    Plaintiff,

v.                                          Case No. 3:15cv90/MCR/CJK

NAVY FEDERAL CREDIT
UNION, et al.,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

    This matter is before the court on plaintiff's filing of a second amended civil rights complaint (doc. 9). The second amended complaint names Navy Federal Credit Union, the Rothschild Family, and Strawman as defendants. (Doc. 9, p. 1-2). Plaintiff's second amended complaint is largely incomprehensible. Plaintiff appears to assert his "copyrights" have been violated. (*Id.*, p. 3). Plaintiff's factual allegations do not refer to any actions taken by the named defendants. Plaintiff has attached fifty-three pages of exhibits to his complaint. (Doc. 9-1). None of these exhibits, however, clarify plaintiff's allegations. Plaintiff has been provided with two opportunities to amend his complaint and has failed to submit a complaint that approaches stating an actionable claim or providing any sort of notice as to what comprises his grievance.

    Accordingly, it is respectfully RECOMMENDED:

    1.    That this action be DISMISSED WITHOUT PREJUDICE.

    2.    That the clerk be directed to close the file.

At Pensacola, Florida this 16th day of April, 2015.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**Any objections to these proposed findings and recommendations must be filed within fourteen days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control</u>.  A copy of objections shall be served upon all other parties. Failure to object may limit the scope of appellate review of factual findings.**  *See*  **28 U.S.C. § 636;** *United States v. Roberts***, 858 F.2d 698, 701 (11th Cir. 1988).**