### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

**JOHN JERMAINE JACKSON,**

      **Plaintiff,**

**v.**                                      **Case No. 3:15cv90/MCR/CJK**

**NAVY FEDERAL CREDIT
UNION, et al.,**

      **Defendants.**

_____/

### O R D E R

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated April 16, 2015.   (Doc. 10).  The parties have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.      This action is **DISMISSED WITHOUT PREJUDICE**.

3.      The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of April, 2015.

*s/ M. Casey Rodgers*
_____
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**